(85 South. 37)

PULLMAN CO. et al. v. JACKSON.
(6 Div. 624.)

(Court of Appeals of Alabama.    Jan. 13, 1920.)

APPEAL AND ERROR ⊙⇒776—DISMISSAL AT REQUEST OF PARTIES ON SETTLEMENT.

Where it is certified to the Court of Appeals by the parties in interest that a case has been settled, appeal therein will be dismissed at their request.

Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge.

Suit between the Pullman Company and others and C. W. Jackson. From judgment for the latter, the former appeal. Appeal dismissed.

Johnston & Cocke, of Birmingham, for appellants.

Beddow & Oberdorfer, of Birmingham, for appellee.

BRICKEN, P. J.   It having been certified to this court, by the parties in interest, that this case has been settled between the parties, at the request of parties the appeal is dismissed, at the cost of appellant.

Appeal dismissed.